UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

Angel Saez,

        Plaintiff,   :   Civil Action No.:  3:10-cv-01248

    v.

Asset Recovery Associates; and DOES 1-10, inclusive,

        Defendant.
_____

## STIPULATION OF DISMISSAL

    WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

    WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

    WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Defendants Asset Recovery Associates and DOES 1-10 with prejudice and without costs to any party.

| Angel Saez | Asset Recovery Associates and DOES 1-10 |
|---|---|
| /s/ Sergei Lemberg | /s/ Bradford R. Carver |
| **Sergei Lemberg, Esq. (Juris No. 425027)** <br> **LEMBERG & ASSOCIATES** <br> **1100 Summer Street, 3rd Floor** <br> **Stamford, CT  06905** <br> **(203) 653-2250** <br> **Attorney for Plaintiff** | **Bradford R. Carver, Esq.** <br> **Hinshaw & Culbertson LLP** <br> **One International Place** <br> **Third Floor** <br> **Boston, MA 02110** <br> **(617) 213-7002** <br> **Attorney for Defendant** |

_____

**SO ORDERED**

## CERTIFICATE OF SERVICE

**I hereby certify that on March 16, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.**

By /s/ Sergei Lemberg
Sergei Lemberg